RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  10 / 15 / 12
     DDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PABLO DURAN, JR. | CIVIL ACTION NO. 12-1918 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| WARDEN, et al | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's request for preliminary injunction [**Doc. #3**] is DENIED.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria, Louisiana, on this 15th day of October, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE